**No. 24-1744**

# United States Court of Appeals
## FOR THE NINTH CIRCUIT

---

### JAMIE SWANSON
PLAINTIFF-APPELLEE

*v.*

### DIONISIO FLORES
DEFENDANT-APPELLANT

---

*On Appeal from the United States District Court
for the Southern District of California
23cv2021-BEN(DEB)*

---

### MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b) Appellant United States of America moves the Court for an order dismissing the above-captioned appeal. The reasons are set forth in the attached declaration.

ANDREW R. HADEN
*Acting United States Attorney*

KATHERINE L. PARKER
*Assistant U.S. Attorney
Chief, Civil Division*

JANET A. CABRAL
*Assistant U.S. Attorney*

*880 Front St., Rm. 6293
San Diego, CA 92101
(619) 546-8715*

MARCH 21, 2025

1

## DECLARATION

I, Janet A. Cabral, declare as follows:

1.    I am an Assistant United States Attorney for the Southern District of California.

2.    On March 14, 2025, a Notice of Appeal was filed by Defendant-Appellant Dionisio Flores under 28 U.S.C. § 1291 from the order denying Defendant-Appellant's motion to dismiss entered on January 14, 2025.

3.   After consultation with the Solicitor General, Defendant-Appellant has decided not to pursue the appeal in the above-captioned case.

4.    Accordingly, the Defendant-Appellant Dionisio Flores respectfully moves the Court for an order dismissing this appeal pursuant to Rule 42(b), Federal Rules of Appellate Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

S/JANET A. CABRAL
*Assistant U.S. Attorney*

MARCH 21, 2025

2